William Andrew Allen

v

State of Texas

Court of Criminal Appeals
Po Box 12308
Capitol Station
Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 13 2015

Abel Acosta, Clerk

RE. Writs No. 08-09-12970 - 08-09-12986D
Crim Court No. 08-09-12976
Ex Parte William Andrew Allen.

P9,356-38-48

Clerk;
In Responce To Judge McCaig Jr. Letter To You. My first Two Writs were filed By Instruction from my Counsel Calvin Garvie Before my Direct Appeal was Exhausted. True on January 1 2014 Legislative Act (Section 24.254 Government Code) Rendered all cases of The 155th District To The 506th. I Have No Problem with That. The problem is That on September 18 2008 I was Indicted on 10 Counts. I was Not Indicted on 08-09-12927. And The Indictments Read (The Grand Jury for The County of Waller And The State of Texas, duly selected, Empanelled, Sworn, Charged, And Organized As such at The June Term, A.D. 2008 of The 155th Judicial District Court of said County, I Never had The Opportunity to Challenge The Illegal Array of The Grand Jury, In September 1 2008, The first Monday In September The 155th Judicial District Court went To fayette County. I William Andrew Allen was Not Arrested until September 4 2008. I was Denied Counsel until September 18 2008 In which I was Also Indicted The Same Day. September 18. 2008 At 10:21 Am, on 10 Charges. Waller County Did Not Have The Jurisdiction of The 155th District Court On September 18.2008 And Did Not Have Jurisdiction on September 4 2008 At Time of Arrest

Page 1

As I have said my Original filing were from the Instruction of my Attorney Calum Garute on July 25 2012. I file what I believed was sound Instructions from my Attorneys. I Have filed 5 Writs of Habeas Corpus. The last two were about Newly Discovered Evidence. Where Judge McCaig comes up with 11 separats I do Not Know. I Also Know that Judge McCaig Has Transmitted letters to him to the Court of Criminal Appeals As Supplements. The only laborus Time Is Being Created By Judge McCaig. As If the 155th Judicial District Had No Jurisdiction Then Jurisdiction Can Not Be Vested To the 506th Judicial District. The Last Time I Seen my Counsel Calum Garute was April 23 2010. I Have Not Been Allowed To Concent To Any Matters of Appeal. or Any other legal Matters. As Counsel Calvin file his Motion for New Trial And filed His Inadequate Appeal Brief without my knowledge and without my Concent. The Letter of Certification for Appeal Does Not Have my Signature on it. Writ # 08-09-12976D – 08-09-12986D Has Not Been Answered By Either The District Attorneys office or A District Judge. That writ was Marled on December 22 2014. On April 21 2015 I file writ #08-09-12976 –08-09-12986 of Jurisdiction which Jurisdiction Issue's Can be Submitted At Any Time And Can not Be Waived. 94 SW3d 625.

"If A district Court sits outside its Jurisdictional Geographic Area, Those proceedings are fundamentally defective And Any order based on Them To Void. Risker v Commission for Lawyer Discipline.

Page 2.

I am Truely sorry for this mess. Its All Because of my Attorney Calvin Garvie. Refused to Present Evidence. Evidence That was Subpoenaed And Never Presented to This Court or The Jury, Witnesses That were Never Subpoenaed, Motions That Were Not Presented To This Court. Evidence That was material And Vital To My Case was withheld By the District Attorney, and By My Counselo I Am Innocent of These Charges All I Ask is for A fair Trial. And To Be Able To Present The Evidence That is Still out There To prove I Am Innocent. And I Need Proof of Indictment 08-09-12971. There Is Not one.

Olivo v State 918 SW2d 519. In Criminal Cases, As opposed To Civil Cases Jurisdiction cannot be subtantially Invoked; It either Attachs or it does Not, unlike is civil Cases where personal jurisdiction over a party may behad merely by That parties Appearance before The Court. Rule 120 Vernons Ann Texas Rules of Civil Procedure, Criminal Jurisdiction over The person cannot be Conferred upon The District Court Solely by The Accuseds Appearance, but requires The due Return of A felony Indictment, or The Accuseds personal Affirm-tive Waiver There of And The Return of A valid felony Information upon Complaint.

Waller County Does Not have A valid felony Indictment As of September 18 2008. or Even September 4 2008 Waller County Did Not Have Jurisdiction over The 155th District Court. As Jurisdiction of The 155th Judicial District Court Went, Vested To Fayette County Texas.

Page 3

Vernons Ann Texas Government Code 24.254 155th Judicial District (Austin, Fayette, And Waller Counties.

(a) The terms of The 155th District Court begin:

(1) In Austin County on The frist Monday In April and November;

(2) In Fayette County on The frist Monday In February and September;

(3) In Waller County on The frist monday In January and June:

Vernons Ann Texas Government Code 24.309. Jurisdiction

Each Court listed In This Subchapter has The Jurisdiction provided by The Constitution and The general laws of This State for District Courts.

The Constitution and laws enacted by The legislature define And establish Jurisdiction of The district Courts. See Curry V Wilson 853 SW 2d 40, 45 (Tex Crim App 1993); State V Johnson 821 sw 2d 609, 612, (Tex Crim App 1991) Article 5 8 8 of The Texas Constitution And Article 4.05 of The Texas Code of Criminal Procedure place Jurisdiction of All felony Cases In The district Courts. Also See Government Code 24.254, 155th Judicial District (Austin, Fayette, Waller Counties) And Bill To Be entitled an Act. 83 R7228 RWG-D H.B No. 1248

The Texas Constitution Article 5. 812 As Amended Provides:
... The presentment of An Indictment or Information To a Court Invests The Court with Jurisdiction of The Cause.

Vernons Ann Texas Government Code 24.012 Terms and Sessions Each District and Criminal District Court holds at least Two Terms of Court Each Year, In Each County In The district.

Waller County Never Had Jurisdiction of The 155th District Court.

I admit I am Not a Lawyer. I do Not Know What I'm doing. I do Know That ON June 10 2010 My Attorny Calvin Garvie wrote me Telling me That He would withdraw from my Appeal If I wanted. He Asked if I still wanted Him As Attorney. My Asnwer was HELL NO. Just Two Days Latter. He did not withdraw And Did Not Present The Evidence That I Gave Him. And His Investigator Submitted A Folsh Affidavit To The District Attorney And Can Be proved. I William Andrew Allen PRay That you Not Take This matter Lightly I Am A Innocent Person. I Did not do Anything To Any One of The Three Girls. I will Not Quit until I get The Resoled. I was only Trying To keep the oldest Girl Away from A Troublemaker who was A Drug dealer.

Respectfully
William Andrew Allen
01637192. Ellis Unit
1697 FM980
Huntsville TEXAS 77343

Certificate of Service
I William Andrew Allen Certify That on This The 11th Day of May 2015. I Transmitted A Copy of This Statement To 506th Judicial District Court Albert M McCaig Jr Judge 836 Austin St. Suite 307 Hempstead TEXAS 77445 And To The Court of Criminal Appeals 12308 PoBox Capital Station Austin TEXAS 78711
William Andrew Allen

PAGE 5